IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT REDDIN                                                                                    PETITIONER

VS.                                    Civil No. 4:11-cv-4021

RAY HOBBS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed March 6, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Bryant recommends that Petitioner Robert Reddin's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied as untimely and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Robert Reddin's Petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge